IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNEMARIE BROWN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-649-JJF |
| MICHAEL J. ASTRUE[1], Commissioner of Social Security, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the parties filed a stipulated briefing schedule (D.I. 15) on November 13, 2007, which was approved by the Court on November 14, 2007, requiring the filing of summary judgment motions and related briefing in a manner so as to have all briefing completed by February 4, 2008;

WHEREAS, to date, no briefing has been filed in this action;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall provide the Court with the status of this action no later than **Tuesday, April 8, 2008.**

April 3, 2008
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted for the former Commissioner JoAnne B. Barnhart.